**E-FILED**
Thursday, 01 April, 2010  04:05:18 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| EDITH BARNES, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **Case No. 08-2294** |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

In June 2007, Administrative Law Judge (hereinafter "ALJ") John Wood denied Plaintiff Edith Barnes' application for disability insurance benefits on behalf of her son, David Barnes. ALJ Wood based his decision on a finding that Mr. Barnes was not disabled as of his date last insured because, independent of his alcohol abuse, he would have been able to perform jobs that exist in significant numbers in the national economy.

In December 2008, Plaintiff, acting *pro se*, filed a Complaint (#5) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits.  In May 2009, Plaintiff filed a Motion for Summary Judgment (#18).  In August 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#22).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#18).  Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#22)**. This case is terminated.

ENTER this 1st day of April, 2010.

_____ s/ DAVID G. BERNTHAL _____
U.S. MAGISTRATE JUDGE